American Historical Company, Inc., Appellant, v. A. L. Clark, Conservator of Estate of Ella M. Rainey, Incompetent Person, Appellee.

Gen. No. 9,339

Heard in this court at October term, 1942; opinion filed October 29, 1942. Gilbert K. Hutchens, for appellant; Vogt & Vogt and A. B. Johnson, for appellee. Opinion by JUSTICE DADY. ''Not to be published in full.''

George Geisler, Appellee, v. Bank of Brussels, Appellant.

Gen. No. 9,345.

Heard in this court at October term, 1942; opinion filed October 29, 1942. William G. Vogt, for appellant; C. C. Worthy, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''